## Welsh v. The State.

APPEAL from the City Court of Gadsden.

Tried before the Hon. JOHN H. DISQUE.

No counsel marked for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted,. tried and convicted for larceny. There being no bill of exceptions in the transcript, and no point reserved for the consideration of the court, the appeal was dismissed.

Opinion by BRICKELL, C. J.